COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Great Value Storage, LLC and World Class Capital Group. LLC, and Natin Paul v. Princeton Capital Corporation

Appellate case number:   01-21-00284-CV

Trial court case number:  2019-18855

Trial court:                      165th District Court of Harris County

This appeal is a consolidation of two appeals, docketed together as required by the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 12.2(c) ("*Multiple Notices of Appeal*. All notices of appeal filed in the same case must be given the same docket number."). In the first appeal, Great Value Storage LLC ("Great Value") and World Class Capital Group LLC ("WCCG") appeal from a final judgment in favor of Princeton Capital Corporation ("Princeton") on its breach of contract claim. In the second appeal, Great Value and WCCG challenge the order appointing a receiver.

Princeton has now filed a motion, unopposed by appellants Great Value and WCCG, seeking emergency relief from its court-appointed receiver, Seth Kretzer. Princeton Capital Corporation argues that Kretzer has exceeded his authority as receiver and that the parties have reached a settlement agreement.

The receiver, Seth Kretzer, has filed a motion to dismiss this appeal in light of Princeton's settlement, arguing that the appeal is now moot, or in the alternative to remand to the district court for findings and conclusions regarding the validity of the settlement agreement, which Kretzer asserts may be in violation of Texas law and public policy.

We abate this appeal and remand this case to the trial court to allow the parties to effectuate, if possible, the parties' settlement agreement and to wind down the receivership, as necessary. The parties are **ordered to file quarterly updates** with this Court informing us of the status of the case. **The first quarterly update is due December 15, 2022, and future quarterly updates are due on March 15, 2023, June 15, 2023, and September 15, 2023.**

The appeal is **abated**, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on motion of any party, and upon reinstatement, the Court will consider a motion, if any, to dismiss the appeal. The court may also reinstate the appeal on its own motion.

It is so **ORDERED**.

Judge's signature: _____/s/ Peter Kelly_____
                        ☐ Acting individually     ☑ Acting for the Court

Panel consists of Justices Kelly, Countiss, and Rivas-Molloy


Date:   ___September 22, 2022____